IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**United States of America,**

        Plaintiff,

-vs-

**Mary Holt,**

        Defendant.

Case No. 3:16-cr-33

Magistrate Judge Newman

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Theft of Government Property, in violation of Title 18 of the United States Code, Section 641 made in Count 1 is hereby AMENDED under the Assimilative Crimes Act, Title 18 of the United States Code, Sections 7 and 13 to charge Unauthorized Use of Property, in violation of the Ohio Revised Code, Section 2913.04 (A).

IT IS SO ORDERED.

Date: _____

_____
United States Magistrate Judge
8/17/16

_____
Assistant United States Attorney